# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>JAMES TRAVIS BRAND (2),<br>AMANDA THERESA VENTURA (3),<br>PETER ARTHUR SUHAN (4),<br><br>　　　　　　Defendants. | Case No.   11CR4156-MMA<br><br>**ORDER AND JUDGMENT Of DISMISSAL** |

Upon motion of the UNITED STATES OF AMERICA and good cause appearing,

**IT IS HEREBY ORDERED** that the Superseding Indictment and the underlying Indictment in the above-referenced case be dismissed, without prejudice, as to Defendants JAMES TRAVIS BRAND, AMANDA THERESA VENTURA, and PETER ARTHUR SUHAN.

The bonds for Defendants JAMES TRAVIS BRAND, AMANDA THERESA VENTURA, and PETER ARTHUR SUHAN are hereby exonerated.

**IT IS SO ORDERED AND ADJUDGED**.

DATED: March 17, 2014

　　　　　　　　　　　　　　　　　　HON. MICHAEL M. ANELLO
　　　　　　　　　　　　　　　　　　United States District Judge